UNITED STATES BANKRUPTCY COURT
Northern District of Ohio
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case No. 19-11351-JPS |
| | ) | |
| Jason D. Wallace | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge: JESSICA PRICE-SMITH |

## WITHDRAWAL OF NO ASSET REPORT

SHELDON STEIN, Trustee herein, having recently discovered the potential existence of assets to be administered in the case of the above-named debtor, hereby WITHDRAWS the NO ASSET REPORT heretofore filed in the within debtor's case by the Trustee.

/s/ Sheldon Stein
SHELDON STEIN, TRUSTEE
TERMINAL TOWER - SUITE 2200
50 PUBLIC SQUARE
CLEVELAND, OH 44113-2207
Phone: (216) 696-7449
Fax: (216) 696-5329

## CERTIFICATE OF SERVICE

A copy of the foregoing Withdrawal of No Asset was placed in the appropriate box at the United States Bankruptcy Court for service upon the United States Trustee this 26th day of September, 2019.

/s/ Sheldon Stein
SHELDON STEIN, TRUSTEE